JS6/ENTER

**FILED**
CLERK, U.S. DISTRICT COURT
MAY - 1 2014
CENTRAL DISTRICT OF CALIFORNIA
BY           DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| RUBEN ALBERTO RAMIREZ, JR., | No. ED CV 13-00457-AG (DFM) |
| Petitioner, | JUDGMENT |
| v. | |
| WARDEN HOLLAND, | |
| Respondent. | |

Pursuant to the Order Accepting Findings and Recommendations of the United States Magistrate Judge,

IT IS ADJUDGED that that the petition is denied and this action is dismissed with prejudice.

Dated: April 30, 2014

ANDREW J. GUILFORD
United States District Judge

**ENTERED**
CLERK, U.S. DISTRICT COURT
MAY - 1 2014
CENTRAL DISTRICT OF CALIFORNIA
BY           DEPUTY